JANET FRANCO *v.* KENNETH FRANCO

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 926 (AC 16547), is denied.

*Kenneth Franco,* pro se, in support of the petition.

Decided February 18, 1998

SAYBROOK BANK AND TRUST COMPANY *v.* JOHN T. O'REILLY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 922 (AC 16986), is denied.

*John T. O'Reilly,* pro se, in support of the petition.

Decided February 18, 1998

STATE OF CONNECTICUT *v.* CARLOS ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 333 (AC 17102), is denied.

*M. Donald Cardwell,* in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided February 18, 1998